**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HUEBSCH, REBECCA VALCQ, ELLEN NOWAK, and PUBLIC SERVICE COMMISSION OF WISCONSIN,<br><br>Defendants. | No. 19-cv-1007 |

**INTERVENOR-DEFENDANTS AMERICAN TRANSMISSION COMPANY LLC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC'S JOINT NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

Pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6), Intervenor-Defendants American Transmission Company, LLC, by its corporate manager ATC Management Inc. ("ATC"), Dairyland Power Cooperative ("Dairyland"), and ITC Midwest LLC ("ITC Midwest") (collectively, the "Co-Owners") respectfully move this Court to dismiss the Complaint (ECF No. 1, "Compl.") filed by the Driftless Area Land Conservancy ("DALC") and the Wisconsin Wildlife Federation ("WWF") (collectively, the "Plaintiffs") in the above-captioned matter. The grounds for this motion (the "Motion") are set forth in greater detail in the brief in support of the Motion, which is being filed concurrently herewith. The Co-Owners respectfully request that the Court permit each of the Co-Owners to address the Court at a hearing on the Motion, to the extent that one is held, at a time and date to be set by the Court.

Dated: January 24, 2020

Respectfully submitted,

| **PERKINS COIE, LLP** | **FREDRIKSON & BYRON, P.A.** |
|---|---|
| */s/ Brian H. Potts* | */s/ Lisa M. Agrimonti* |
| Brian H. Potts (Wis. Bar No. 1060680) | Lisa M. Agrimonti (Wis. Bar No. 1032645) |
| David R. Zoppo (Wis. Bar No. 1094283) | Haley L. Waller Pitts (Wis. Bar No. 1115291) |
| Mary N. Beall (Wis. Bar No. 1115830) | John P. Pavelko (MN Bar No. 0398495) |
| 33 East Main Street, Suite 201 | 200 South 6th Street, Suite 4000 |
| Madison, WI 53703-5118 | Minneapolis, MN 55402 |
| Tel: (608) 663-7460 | Tel: (612) 492-7000 |
| Fax: (608) 663-7499 | Fax: (612) 492-7077 |
| Email: bpotts@perkinscoie.com | Email: lagrimonti@fredlaw.com |
| dzoppo@perkinscoie.com | hwallerpitts@fredlaw.com |
| mbeall@perkinscoie.com | jpavelko@fredlaw.com |

*Attorneys for Intervenor-Defendants American Transmission Company LLC and ATC Management Inc.*

**TAFT STETTINIUS & HOLLISTER LLP**

Valerie T. Herring
(Wis. Bar No. 1076996)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Tel: (612) 977-8400
Fax: (612) 977-8650
Email: vherring@taftlaw.com

*Attorneys for ITC Midwest LLC*

**WHEELER, VAN SICKLE & ANDERSON, S.C.**

*/s/ Jeffrey L. Landsman*
Jeffrey L. Landsman (Wis. Bar No. 1017670)
Justin W. Chasco (Wis. Bar No. 1062709)
44 East Mifflin Street, Suite 1000 Madison, WI 53703
Tel: (608) 255-7277
Fax: (608) 255-6006
Email:  jlandsman@wheelerlaw.com
        jchasco@wheelerlaw.com

*Attorneys for Intervenor-Defendant Dairyland Power Cooperative*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I electronically served the forgoing document on all counsel of record registered for electronic filing in the above-captioned proceeding by filing the same with the Clerk of Court using the Court's ECF system.

*/s/ Brian H. Potts*
Brian H. Potts, SBN 1060680

*Attorney for Intervenor-Defendants*
*American Transmission Company LLC and*
*ATC Management Inc.*