# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HUEBSCH, REBECCA VALCQ, ELLEN NOWAK, and PUBLIC SERVICE COMMISSION OF WISCONSIN,<br><br>Defendants. | No. 19-cv-1007 |

## JOINT NOTICE OF APPEAL

Notice is hereby given that American Transmission Company LLC, by its corporate manager ATC Management Inc. ("ATC"), Dairyland Power Cooperative ("Dairyland"), and ITC Midwest LLC ("ITC Midwest"), the putative intervenor-defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit the February 18, 2020 Opinion and Order denying ATC's, Dairyland's, and ITC Midwest's motions to intervene in the above-captioned matter.

*[The remainder of this page is intentionally left blank]*

Dated: February 27, 2020

Respectfully submitted,

**PERKINS COIE, LLP**

*/s/ Brian H. Potts*
Brian H. Potts (Wis. Bar No. 1060680)
David R. Zoppo (Wis. Bar No. 1094283)
Mary N. Beall (Wis. Bar No. 1115830)
33 East Main Street, Suite 201
Madison, WI 53703-5118
Tel: (608) 663-7460
Fax: (608) 663-7499
Email:  bpotts@perkinscoie.com
        dzoppo@perkinscoie.com
        mbeall@perkinscoie.com

*Attorneys for American Transmission Company LLC and ATC Management Inc.*

**FREDRIKSON & BYRON, P.A.**

*/s/ Lisa M. Agrimonti*
Lisa M. Agrimonti (Wis. Bar No. 1032645)
Haley L. Waller Pitts (Wis. Bar No. 1115291)
John P. Pavelko (MN Bar No. 0398495)
200 South 6th Street, Suite 4000
Minneapolis, MN 55402
Tel: (612) 492-7000
Fax: (612) 492-7077
Email:  lagrimonti@fredlaw.com
        hwallerpitts@fredlaw.com
        jpavelko@fredlaw.com

**TAFT STETTINIUS & HOLLISTER LLP**

Valerie T. Herring
(Wis. Bar No. 1076996)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Tel: (612) 977-8400
Fax: (612) 977-8650
Email:  vherring@taftlaw.com

*Attorneys for ITC Midwest LLC*

**WHEELER, VAN SICKLE & ANDERSON, S.C.**

*/s/ Jeffrey L. Landsman*
Jeffrey L. Landsman (Wis. Bar No. 1017670)
Justin W. Chasco (Wis. Bar No. 1062709)
44 East Mifflin Street, Suite 1000 Madison,
WI 53703
Tel: (608) 255-7277
Fax: (608) 255-6006
Email:  jlandsman@wheelerlaw.com
        jchasco@wheelerlaw.com

*Attorneys for Dairyland Power Cooperative*