UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DRIFTLESS AREA LAND CONSERVANCY
and WISCONSIN WILDLIFE FEDERATION,

Plaintiffs,

v.

MICHAEL HUEBSCH, REBECCA VALCQ, and
ELLEN NOWAK, Commissioners,
and PUBLIC SERVICE COMMISSION OF WISCONSIN,

Defendants,

and

AMERICAN TRANSMISSION COMPANY LLC, ATC MANAGEMENT INC.,
ITC MIDWEST LLC,
and DAIRYLAND POWER COOPERATIVE,

Intervenor-Defendants.

Case No. 19-cv-1007-wmc

## JOINT PROPOSED MODIFIED SCHEDULE

Pursuant to this Court's August 11, 2020 order, Plaintiffs Driftless Area Land Conservancy and Wisconsin Wildlife Federation, Defendants Michael Huebsch, Rebecca Valcq, Ellen Nowak, and Public Service Commission of Wisconsin, and Intervenor-Defendants American Transmission Company LLC, ATC Management Inc., ITC Midwest LLC, and Dairyland Power Cooperative hereby submit this Joint Proposed Modified Schedule.

The parties met and conferred on August 17, 2020, by telephone. The parties have agreed on the proposed schedule addressed below.

1

| Event | Date |
|---|---|
| Intervenor-Defendants' initial disclosures | August 31, 2020 |
| Plaintiffs' response to intervenors' joint motion to dismiss | No later than September 8, 2020 |
| Intervenors' reply in support of joint motion to dismiss | 10 days after plaintiffs' response |
| Deadline for dispositive motions | unchanged |
| Close of discovery | unchanged |
| Deadline for Rule 26(a)(3) disclosures and motions in limine | unchanged |
| Deadline for Rule 26(a)(3) objections and responses to motions in limine | unchanged |
| Final Pretrial Conference | unchanged |
| Trial | unchanged |

Respectfully submitted this 18th day of August, 2020.

*Attorneys for Defendants*

*/s/ Christianne Whiting*
Cynthia E. Smith
Chief Legal Counsel
Christianne Whiting
Assistant General Counsel
Public Service Commission of Wisconsin
4822 Madison Yards Way, 6th Floor
Post Office Box 7854
Madison, WI 53707
Cynthia.smith@wisconsin.gov
Christianne.whiting@wisconsin.gov

*Attorneys for Plaintiffs*

*/s/ Stephen P. Hurley*
Stephen P. Hurley
Catherine E. White
Hurley Burish, S.C.
33 East Main Street, #400
P.O. Box 1528
Madison, WI 53703
T: (608) 257-0945
F: (608) 257-5764
shurley@hurleyburish.com
cwhite@hurleyburish.com

Howard A. Learner
Rachel L. Granneman
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
T: (312) 673-6500
F: (312) 795-3730
hlearner@elpc.org
rgranneman@elpc.org

*Attorneys for Intervenor-Defendant Dairyland Power Cooperative*

*/s/ Justin W. Chasco*
Justin W. Chasco
Wheeler, Van Sickle & Anderson, S.C.
44 East Mifflin Street, Suite 1000
Madison, WI 53703
T: (608) 255-7277
F: (608) 255-6006
jschasco@wheelerlaw.com

*Attorneys for Intervenor-Defendant ITC Midwest LLC*

*/s/ Lisa M. Agrimonti*
Lisa M. Agrimonti
Haley L. Waller Pitts
John P. Pavelko
Fredrikson & Byron, P.A.
200 South 6th Street, Suite 4000
Minneapolis, MN 55402
T: (612) 492-7000
F: (612) 492-7077
lagrimnoti@fredlaw.com
hwallerpitts@fredlaw.com
jpavelko@fredlaw.com

*Attorneys for Intervenor-Defendants American Transmission Company LLC and ATC Management Inc.*

*/s/ Brian H. Potts*
Brian H. Potts
David R. Zoppo
Mary N. Beall
Perkins Coie, LLP
33 East Main Street, Suite 201
Madison, WI 53703
T: (608)663-7460
F: (608) 663-7499
bpotts@perkinscoie.com
dzoppo@perkinscoie.com
mbeall@perkinscoie.com