IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY<br>and WISCONSIN WILDLIFE FEDERATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL HUEBSCH, REBECCA VALCQ,<br>and ELLEN NOWAK, Commissioners,<br>and PUBLIC SERVICE COMMISSION OF<br>WISCONSIN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-1007-wmc<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL
COMPLIANCE WITH THIRD PARTY SUBPOENAS**

  Pursuant to Federal Rules of Civil Procedure 26 and 45, Plaintiffs Driftless Area Land Conservancy and Wisconsin Wildlife Federation, by undersigned counsel, respectfully move this Court for an order compelling non-parties WEC Energy Group, Robert Garvin, Quarles & Brady, Barbara Nick, Brian Rude, John Garvin, and MISO to comply with subpoenas duces tecum served by Plaintiffs. The basis for Plaintiffs' motion is set forth more fully in the supporting brief.

  Respectfully submitted this 29th day of October, 2020.

                     /s/ Stephen P. Hurley
                     Stephen P. Hurley
                     Catherine E. White
                     Hurley Burish, S.C.
                     33 East Main Street, #400
                     P.O. Box 1528

        Madison, WI 53703
        T: (608) 257-0945
        F: (608) 257-5764
        shurley@hurleyburish.com
        cwhite@hurleyburish.com

        <u>/s/ Howard A. Learner</u>
        Howard A. Learner
        Rachel L. Granneman
        Environmental Law & Policy Center
        35 East Wacker Drive, Suite 1600
        Chicago, IL 60601
        T: (312) 673-6500
        F: (312) 795-3730
        hlearner@elpc.org
        rgranneman@elpc.org

        *Attorneys for Plaintiffs Driftless Area Land Conservancy and Wisconsin Wildlife Federation*