AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY et al. ) <br> *Plaintiff* ) <br> v. ) <br> MICHAEL HUEBSCH et al. ) <br> *Defendant* ) | Case No. 19-cv-1007-wmc |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Driftless Area Land Conservancy and Wisconsin Wildlife Federation.

Date:   10/30/2020

/s/ Catherine E. White
*Attorney's signature*

Catherine E. White (Wis. Bar. No. 1093836)
*Printed name and bar number*
Hurley Burish S.C.
33 E. Main Street, Suite 400
Madison, WI 53703

*Address*

cwhite@hurleyburish.com
*E-mail address*

(608) 257-0945
*Telephone number*

(608) 257-5764
*FAX number*