IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DRIFTLESS AREA LAND CONSERVANCY
and WISCONSIN WILDLIFE FEDERATION,

      Plaintiffs,

v.                                                Case No.  19-cv-1007

MICHAEL HUEBSCH, REBECCA VALCQ,
and ELLEN NOWAK, Commissioners, and
PUBLIC SERVICE COMMISSION
OF WISCONSIN,

      Defendants.

## NOTICE OF APPEAL OF DEFENDANTS HUEBSCH AND VALCQ

Notice is hereby given that Defendants Michael Huebsch and Rebecca Valcq hereby appeal to the United States Court of Appeals for the Seventh Circuit the November 20, 2020 Opinion and Order denying Defendants' Motion to Dismiss in the above-captioned matter.

*[The remainder of this page is intentionally left blank.]*

Dated: December 1, 2020

Respectfully submitted,

/s/Christianne A.R. Whiting
Cynthia E. Smith
Chief Legal Counsel
Public Service Commission of Wisconsin
4822 Madison Yards Way, 6th Floor
P.O. Box 7854
Madison, WI  53707-7854
Cynthia.Smith@wisconsin.gov
Phone No. 608-266-1264
State Bar No. 1021140

Christianne A.R. Whiting
Assistant General Counsel
Christianne.Whiting@wisconsin.gov
Phone No. 608-267-7972
State Bar No. 1076965

Zachary Ramirez
Assistant General Counsel
Zachary.Ramirez@wisconsin.gov
Phone No. 608-266-8128
State Bar No. 1082568

*Attorneys for Defendants Rebecca Cameron Valcq and Michael Huebsch*