# Exhibit B
*Public (Redacted) Version*











S  **Yessssss lets!!**

Saturday, Nov 9 • 12:30 PM

OMG are you kidding me?!? Thank you so much for the flowers! I'm so lucky to have you in my life. Xoxo

Saturday, Nov 9 • 1:39 PM

Aww you're so welcome!!!

↓ See latest message

  Text  

