# Exhibit C
*Public (Redacted) Version*



CONFIDENTIAL

Case 3:19-cv-01074-wmc   Document #: 171-3   Filed: 12/03/20   Page 3 of 3



So glad you thought so! ❤️❤️

Wednesday, Sep 2 • 9:08 AM

Ummmmm?!? CEO!! You rock, my friend. Congratulations! There is no stopping you and I am so proud of you! 💪👏🎉

Loved "Ummmmm?!? CEO!! You rock, my friend. Congratulations! There is no stopping you and I am so proud of you!"

PSCW_011151