# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL HUEBSCH, REBECCA VALCQ, ELLEN NOWAK, and PUBLIC SERVICE COMMISSION OF WISCONSIN, <br><br> Defendants, <br><br> AMERICAN TRANSMISSION COMPANY LLC, BY ITS CORPORATE MANAGER, ATC MANAGEMENT, INC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC, <br><br> Intervenor-Defendants, | No. 19-cv-1007 |

## INTERVENOR-DEFENDANTS AMERICAN TRANSMISSION COMPANY LLC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC'S JOINT NOTICE OF APPEAL

Notice is hereby given that Intervenor-Defendants American Transmission Company LLC, by its corporate manager ATC Management Inc. ("ATC"), Dairyland Power Cooperative ("Dairyland"), and ITC Midwest LLC ("ITC Midwest") hereby appeal to the United States Court of Appeals for the Seventh Circuit the November 20, 2020 Opinion and Order denying in part the Intervenor-Defendants' and Defendants' motions to dismiss in the above-captioned proceeding.

[*The remainder of this page is intentionally left blank*]

Dated: December 4, 2020

Respectfully submitted,

| **PERKINS COIE, LLP** | **FREDRIKSON & BYRON, P.A.** |
|---|---|

*/s/ Brian H. Potts*  
Brian H. Potts (Wis. Bar No. 1060680)  
David R. Zoppo (Wis. Bar No. 1094283)  
33 East Main Street, Suite 201  
Madison, WI 53703-5118  
Tel: (608) 663-7460  
Fax: (608) 663-7499  
Email:  bpotts@perkinscoie.com  
  dzoppo@perkinscoie.com  

*Attorneys for American Transmission Company LLC and ATC Management Inc.*

*/s/ Lisa M. Agrimonti*  
Lisa M. Agrimonti (Wis. Bar No. 1032645)  
Haley L. Waller Pitts (Wis. Bar No. 1115291)  
John P. Pavelko (MN Bar No. 0398495)  
200 South 6th Street, Suite 4000  
Minneapolis, MN 55402  
Tel: (612) 492-7000  
Fax: (612) 492-7077  
Email:  lagrimonti@fredlaw.com  
  hwallerpitts@fredlaw.com  
  jpavelko@fredlaw.com  

**TAFT STETTINIUS & HOLLISTER LLP**

Valerie T. Herring  
(Wis. Bar No. 1076996)  
2200 IDS Center  
80 South 8th Street  
Minneapolis, MN 55402-2157  
Tel: (612) 977-8400  
Fax: (612) 977-8650  
Email: vherring@taftlaw.com  

*Attorneys for ITC Midwest LLC*

**WHEELER, VAN SICKLE & ANDERSON, S.C.**

*/s/ Justin W. Chasco*  
Justin W. Chasco (Wis. Bar No. 1062709)  
44 East Mifflin Street, Suite 1000  
Madison, WI 53703  
Tel: (608) 255-7277  
Fax: (608) 255-6006  
Email:  jchasco@wheelerlaw.com  

*Attorney for Dairyland Power Cooperative*