UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HUEBSCH, REBECCA VALCQ, ELLEN NOWAK, and PUBLIC SERVICE COMMISSION OF WISCONSIN,<br><br>Defendants,<br><br>AMERICAN TRANSMISSION COMPANY LLC, BY ITS CORPORATE MANAGER, ATC MANAGEMENT, INC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC,<br><br>Intervenor-Defendants, | No. 19-cv-1007 |

**INTERVENOR-DEFENDANTS AMERICAN TRANSMISSION COMPANY LLC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC'S JOINT NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants American Transmission Company LLC, by its corporate manager ATC Management Inc. ("ATC"), Dairyland Power Cooperative ("Dairyland"), and ITC Midwest LLC ("ITC Midwest") hereby appeal to the United States Court of Appeals for the Seventh Circuit the November 20, 2020 Opinion and Order denying in part the Intervenor-Defendants' and Defendants' motions to dismiss in the above-captioned proceeding.

[*The remainder of this page is intentionally left blank*]

Dated: December 4, 2020

Respectfully submitted,

| | |
|---|---|
| **PERKINS COIE, LLP** | **FREDRIKSON & BYRON, P.A.** |
| */s/ Brian H. Potts* | */s/ Lisa M. Agrimonti* |
| Brian H. Potts (Wis. Bar No. 1060680) | Lisa M. Agrimonti (Wis. Bar No. 1032645) |
| David R. Zoppo (Wis. Bar No. 1094283) | Haley L. Waller Pitts (Wis. Bar No. 1115291) |
| 33 East Main Street, Suite 201 | John P. Pavelko (MN Bar No. 0398495) |
| Madison, WI 53703-5118 | 200 South 6th Street, Suite 4000 |
| Tel: (608) 663-7460 | Minneapolis, MN 55402 |
| Fax: (608) 663-7499 | Tel: (612) 492-7000 |
| Email: bpotts@perkinscoie.com | Fax: (612) 492-7077 |
| dzoppo@perkinscoie.com | Email: lagrimonti@fredlaw.com |
| | hwallerpitts@fredlaw.com |
| *Attorneys for American Transmission Company LLC and ATC Management Inc.* | jpavelko@fredlaw.com |

**TAFT STETTINIUS & HOLLISTER LLP**

Valerie T. Herring
(Wis. Bar No. 1076996)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Tel: (612) 977-8400
Fax: (612) 977-8650
Email: vherring@taftlaw.com

*Attorneys for ITC Midwest LLC*

**WHEELER, VAN SICKLE & ANDERSON, S.C.**

*/s/ Justin W. Chasco*
Justin W. Chasco (Wis. Bar No. 1062709)
44 East Mifflin Street, Suite 1000
Madison, WI 53703
Tel: (608) 255-7277
Fax: (608) 255-6006
Email: jchasco@wheelerlaw.com

*Attorney for Dairyland Power Cooperative*