# Rachel Granneman

| | |
|---|---|
| **From:** | Rachel Granneman |
| **Sent:** | Monday, November 30, 2020 12:34 PM |
| **To:** | Peters, Zachary - PSC |
| **Subject:** | RE: 19-cv-1007-wmc Defendants' Sixth Supplemental Response to Plaintiffs' First Requests for Production of Documents, Part 1 of 2 |

Hi Zachary,

A couple items on the phone records:

(1) There are a number of places where the duration for phone calls between Commissioner Huebsch and Robert Garvin were redacted (e.g., March 6, 2018; May 10, 2018; in July 2018; Nov 6, 2018, July 12, 2019) – I assume this was an oversight, and request that copies that show that information are promptly provided.

(2) On PDF p.126, there are 2 phone calls between Commissioner Huebsch and Robert Garvin, but the previous page (which shows the date) seems to be missing so I cannot confirm the exact date on which these calls took place (the previous page shows dates in June, while p.126 shows a date in April). I request that the preceding page be produced.

(3) On the bottom on PDF p.133, there appears to possibly be a cut-off phone call between Commissioner Huebsch and Robert Garvin. If a responsive entry is indeed cut-off, I request that an updated copy is promptly produced.

(4) There were a couple unredacted/highlighted entries with numbers that don't match the given numbers – I want to confirm whether these records are responsive:
   - July 31, 2018 at 6:45 PM (ending in 6016)
   - Sept 4, 2019 at 7:35 PM (ending in 6023)

Let me know if you have any questions or anything is unclear.

Best,
Rachel

---

**From:** Peters, Zachary - PSC <Zachary.Peters@wisconsin.gov>
**Sent:** Wednesday, November 25, 2020 4:18 PM
**To:** Rachel Granneman <RGranneman@elpc.org>; 'Padway, Jared (Perkins Coie)' <JPadway@perkinscoie.com>; Agrimonti, Lisa - Fredrikson & Byron <lagrimonti@fredlaw.com>; shurley@hurleyburish.com; 'Potts, Brian (Perkins Coie)' <BPotts@perkinscoie.com>; 'Zoppo, David R. (Perkins Coie)' <DZoppo@perkinscoie.com>; Howard Learner <HLearner@elpc.org>; 'Beall, Mary (Perkins Coie)' <MBeall@perkinscoie.com>; 'jchasco@wheelerlaw.com' <jchasco@wheelerlaw.com>; 'hwallerpitts@fredlaw.com' <hwallerpitts@fredlaw.com>; 'jpavelko@fredlaw.com' <jpavelko@fredlaw.com>; 'vherring@taftlaw.com' <vherring@taftlaw.com>; Whiting, Christianne - PSC <christianne.whiting@wisconsin.gov>; Ramirez, Zachary - PSC <zachary.ramirez@wisconsin.gov>; Stubley, Cru - PSC <cru.stubley@wisconsin.gov>
**Subject:** RE: 19-cv-1007-wmc Defendants' Sixth Supplemental Response to Plaintiffs' First Requests for Production of Documents, Part 1 of 2

Counsel:

Attached please find Defendants' Sixth Supplemental Response to Plaintiffs' First Requests for Production of Documents with cover letter and further documents produced relative to Request Numbers 2 and 5.

Due to the size of the attached documents, this will be the first of two emails.

Sincerely,

**Zachary Peters**
Assistant General Counsel
Public Service Commission of Wisconsin
(608) 267-1207
(608) 438-0350