

December 21, 2020

U.S. Magistrate Judge Stephen L. Crocker
120 N. Henry Street, Ste. 320
Madison, WI 53703

Re:   *Driftless Area Land Conservancy, et al. v. Michael Huebsch, et al.*
      Court File No. 19-cv-1007-wmc

Dear Magistrate Judge Crocker:

On December 16, 2020, the Court directed the Intervening Co-Owners to submit for *in camera* review the Confidentiality, Common Interest, and Joint Defense Agreement.  (*See* Dkt. No. 204.) On December 17, 2020, the United States Court of Appeals for the Seventh Circuit granted Defendants-Appellants' Motion to Stay the District Court Proceedings.  (Dkt. No. 206.)

The Intervenor Co-Owners understand the Seventh Circuit's stay order to stay all discovery, including discovery related to the Co-Owners' Common Interest Agreement and to stay the Co-Owners' obligation to submit their Common Interest Agreement to the Court for *in camera* review. Given this understanding, the Intervenor Co-Owners will await further instruction from the Court before submitting the agreement.

Sincerely,

*s/ Lisa M. Agrimonti*

Lisa M. Agrimonti
**Direct Dial:**  612.492.7344
**Email:**  lagrimonti@fredlaw.com