# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 6, 2021

*By the Court:*

| | |
|---|---|
| No. 20-3325 | DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION, Plaintiffs - Appellees<br><br>v.<br><br>MICHAEL HUEBSCH and REBECCA VALCQ, Defendants - Appellants<br><br>and<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al., Intervening Appellants |
| No. 20-3365 | DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION, Plaintiffs - Appellees<br><br>v.<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-01007-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the court:

1. **APPELLANTS' JURISDICTIONAL MEMORANDUM**, filed on December 21, 2020, by counsel for the appellants.

Case: 3:19-cv-01007-wmc   Document #: 217   Filed: 01/28/21   Page 2 of 2
Case: 20-3365   Document: 00713756069   Filed: 01/28/2021   Pages: 2

Nos. 20-3325, 20-3365 Page 2

2. **MOTION TO INTERVENE OF AMERICAN TRANSMISSION COMPANY LLC, DAIRYLAND POWER COOPERATIVE, AND ITC MIDWEST LLC**, filed on December 21, 2020, by counsel for the intervening appellants.

3. **PLAINTIFFS-APPELLEES' JOINT RESPONSE IN OPPOSITION TO TRANSMISSION COMPANIES' MOTION TO INTERVENE AND RESPONSE TO TRANSMISSION COMPANIES' JURISDICTIONAL MEMORANDUM**, filed on January 4, 2021, by counsel for the appellees.

**IT IS ORDERED** that American Transmission Company LLC, Dairyland Power Cooperative, and ITC Midwest LLC's motion to intervene in Appeal No. 20-3325 is **GRANTED**. The movants may participate in this appeal as intervening appellants.

**IT IS FURTHER ORDERED** that Appeal No. 20-3365 is **DISMISSED** for lack of appellate jurisdiction.

form name: **c7_Order_BTC**(form ID: **178**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit