# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 28, 2021

To:   Peter Oppeneer
      UNITED STATES DISTRICT COURT
      Western District of Wisconsin
      Madison , WI 53703-0000

| | |
|---|---|
| No. 20-3365 | DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION, <br> Plaintiffs - Appellees <br><br> v. <br><br> AMERICAN TRANSMISSION COMPANY, LLC., et al., <br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-01007-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:    No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten **(10)** days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                                    **Received by:**


_____                                              _____


form name: **c7_Mandate**(form ID: **135**)