IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY, ET AL., | ) ) ) |
| *Plaintiffs,* | ) )  Case No. 19-cv-1007-wmc |
| vs. | ) ) )  JUDGE WILLIAM M. CONLEY |
| PUBLIC SERVICE COMMISSION OF WISCONSIN, ET AL. | ) ) ) ) |
| *Defendants.* | ) |

**DEFENDANT MICHAEL HUEBSCH'S NOTICE OF
WITHDRAWAL AND SUBSTITUION OF COUNSEL**

Defendant Michael Huebsch hereby notifies this Court that attorneys Christianne A.R. Whiting, Cynthia E. Smith, Zachary Ramirez, and Zachary Peters have withdrawn as his counsel in this case and that Ryan J. Walsh has been substituted as counsel for Defendant Michael Huebsch. In support of this notice, Defendant states:

1. Christianne A.R. Whiting, Cynthia E. Smith, Zachary Ramirez, and Zachary Peters are all attorneys for the Public Service Commission of Wisconsin.

2. Defendant was also represented by attorney Drew Stephen Jelinski, who had served with the Commission, but this Court granted his motion to withdraw as his attorney on July 6, 2020. *See* ECF No. 70.

3. On June 24, 2021, Chief Legal Counsel for the Commission, Cynthia E. Smith, notified Mr. Huebsch that the Commission's Office of General Counsel would

1

no longer represent him in the following cases: (1) *Driftless Area Land Conservancy, et al. v. Michael Huebsch et. al*, No. 19-cv-1007 (W.D. Wis.); (2) *Dane County et al. v. Public Service Commission of Wisconsin*, No. 19-cv-3418 (Dane County Cir. Ct., Wis.); (3) *Clean Wisconsin, Inc., et al. v. Public Service Commission of Wisconsin*, No. 20-cv-585 (Dane County Cir. Ct., Wis.).

4. The Commission told Mr. Huebsch that his interests and those of the Commission "may be adverse" in light of new information that it had not yet reviewed. For this reason, the Commission said it would no longer represent him. The Commission did not explain. The Commission instructed Mr. Huebsch to "immediately contact other counsel to further pursue and protect [his] interests in" the matters listed above.

5. In the afternoon of June 25, 2021, Mr. Huebsch engaged undersigned counsel.

6. Withdrawal of attorneys Christianne A.R. Whiting, Cynthia E. Smith, Zachary Ramirez, and Zachary Peters will thus not leave Defendant without counsel.

7. Attorney Ryan J. Walsh has contemporaneously filed notice of withdrawal and substitution of counsel in the Seventh Circuit for this case as well. He will remain counsel of record for Defendant in all future proceedings in the three cases mentioned above in paragraph two.

8. Attorneys for the Commission consent to this Notice.

Dated: June 28, 2021 Respectfully submitted,

/s/ Ryan Walsh

Ryan J. Walsh
EIMER STAHL LLP
10 East Doty St.
Suite 800
Madison, WI 53703
(608) 441-5798 (telephone)
(608) 441-5707 (facsimile)
rwalsh@eimerstahl.com

*Counsel for Defendant Michael Huebsch*

## **CERTIFICATE OF SERVICE**

    I, Ryan J. Walsh, certify that on this 28th day of June 2021, I caused a copy of the foregoing Notice of Withdrawal and Substitution of Counsel to be filed through the Electronic Case Filing ("ECF") system and served a copy on all parties through the ECF.

                                                    */s/*   Ryan Walsh

                                                    *Counsel for Defendant Michael Huebsch*