IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Driftless Area Land Conservancy and
Wisconsin Wildlife Federation,
    Plaintiffs,

v.      Case No.  19-cv-1007

Michael Huebsch, Rebecca Valcq, Ellen
Nowak, and Public Service Commission of
Wisconsin,
    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL OF ZACHARY RAMIREZ

**PLEASE TAKE NOTICE** that Defendant Public Service Commission of Wisconsin, Defendant Rebecca Valcq, and Defendant Ellen Nowak, hereby respectfully withdraw Zachary Ramirez as their counsel.  These Defendants (to the extent they have not, like Defendant Nowak, been dismissed from the case) will continue to be represented by Cynthia E. Smith, Christianne A.R. Whiting, and Zachary J. Peters, who have previously appeared in this matter.  Please continue to provide any and all further pleadings and documents in this matter to attorneys Smith, Whiting and Peters.

DATED: July 15, 2021

By:   /s/ Christianne A.R. Whiting
     Cynthia E. Smith
     General Counsel
     State Bar No. 1021140

     Christianne A.R. Whiting
     Assistant General Counsel
     State Bar No. 1076965

     Zachary J. Peters
     Assistant General Counsel
     State Bar No. 1091334

PUBLIC SERVICE COMMISSION OF WISCONSIN
4822 Madison Yards Way
Madison, WI 53707