

September 17, 2021

Honorable Judge William C. Conley
U.S. District Court
Western District of Wisconsin

Re: Case No. 19-cv-1007-wmc, Notice of Motion to Partially Lift Stay Filed in Seventh Circuit Appeal, Case No. 20-3325

Plaintiffs are writing to inform the Court that they have filed in the currently-pending Seventh Circuit appeal in this case a Motion to Partially Lift Stay of District Court Proceedings for the Limited Purpose of the Consideration of a Preliminary Injunction Motion, Case No. 20-3325, Dkt. 60-1 (attached to this letter).

Responses to this motion were filed by Defendant-Appellant Rebecca Valcq, Dkt. 62; Intervenors American Transmission Company LLC, ITC Midwest LLC, and Dairyland Power Cooperative, Dkt. 64-1; and Defendant-Appellant Michael Huebsch, Dkt. 65. Plaintiffs also filed a reply, Dkt. 69.

Sincerely,

*/s/ Howard A. Learner*
Howard A. Learner
(312) 673-6500
HLearner@elpc.org
*Counsel for Plaintiffs*
*Driftless Area Land Conservancy and*
*Wisconsin Wildlife Federation*

35 East Wacker Drive, Suite 1600 • Chicago, Illinois 60601
(312) 673-6500 • www.ELPC.org
Harry Drucker, Chairperson • Howard A. Learner, Executive Director
Chicago, IL • Columbus, OH • Des Moines, IA • Grand Rapids, MI • Indianapolis, IN
Minneapolis, MN • Madison, WI • North Dakota • South Dakota • Washington, D.C.


