# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 21, 2021

Before
DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 20-3325 | DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION, <br>　　　　Plaintiffs - Appellees <br><br>v. <br><br>REBECCA VALCQ and TYLER HUEBNER, in their official capacities as members of the Public Service Commission of Wisconsin, <br>　　　　Defendants - Appellants <br><br>and <br><br>AMERICAN TRANSMISSION COMPANY LLC, et al., <br>　　　　Intervenor Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:19-cv-01007-wmc <br>Western District of Wisconsin <br>District Judge William M. Conley ||

The judge correctly denied the commissioners' motion to dismiss based on sovereign immunity. But he incorrectly denied the motion for Colorado River abstention. We therefore **REVERSE**, with costs, and **REMAND** with instructions to stay this case pending dispositive developments in the state litigation. The motion to partially lift the stay pending appeal is denied as moot.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)

