# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 24, 2021

To:   Peter Oppeneer
      UNITED STATES DISTRICT COURT
      Western District of Wisconsin
      Madison, WI 53703-0000

| | |
|---|---|
| | DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>                    Plaintiffs - Appellees<br><br>v.<br><br>REBECCA VALCQ and TYLER HUEBNER, in their official capacities as members of<br>the Public Service Commission of Wisconsin,<br>                    Defendants - Appellants<br><br>and<br><br>AMERICAN TRANSMISSION COMPANY LLC, et al.,<br>                    Intervenor Defendants - Appellants |
| No. 20-3325 | |

| **Originating Case Information:** |
|---|
| District Court No: 3:19-cv-01007-wmc |
| Western District of Wisconsin |
| District Judge William M. Conley |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**     (form ID: **135**)