# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 16, 2021

*Before*

DIANE S. SYKES, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 20-3325 | |
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br>*Plaintiffs-Appellees*, | Appeal from the United States District Court for the Western District of Wisconsin. |
| v. | |
| REBECCA VALCQ and TYLER HUEBNER, in their official capacities as members of the Public Service Commission of Wisconsin,<br>*Defendants-Appellants*, | No. 19-cv-1007<br><br>William M. Conley,<br>*Judge* |
| and | |
| AMERICAN TRANSMISSION COMPANY LLC, et al.,<br>*Intervenor Defendants-Appellants*. | |

**O R D E R**

On consideration of the petition for rehearing, all judges voted to deny rehearing. It is therefore ordered that the petition for panel rehearing is **DENIED**.

*CERTIFIED COPY*
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit