IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DRIFTLESS AREA LAND CONSERVANCY
and WISCONSIN WILDLIFE FEDERATION,

                Plaintiffs,

v.

REBECCA VALCQ and TYLER HUEBNER,
in their official capacities as members of the
Public Service Commission of Wisconsin,

                Defendants,

   and

AMERICAN TRANSMISSION COMPANY, LLC, *et al*.,

                Intervenor Defendants.

ORDER

19-cv-1007-wmc

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED THAT the order previously entered in said matter denying the Commissioners' motion for *Colorado River* abstention is VACATED and this case is STAYED pending further developments in the state litigation.

Entered this 24th day of November, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge