IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DRIFTLESS AREA LAND
CONSERVANCY and WISCONSIN
WILDLIFE FEDERATION,

      Plaintiffs,

v.

REBECCA VALCQ and TYLER
HUEBNER, in their official capacities
as members of the Public Service
Commission of Wisconsin,

      Defendants,

  and

AMERICAN TRANSMISSION
COMPANY LLC, *et al.*,

Case No.:  3:19-cv-1007-wmc

## NOTICE REGARDING APPEARANCE OF COUNSEL

On February 3, 2020, undersigned counsel filed a notice of appearance for Intervenor Defendant Dairyland Power Cooperative. Dkt. 42. Undersigned counsel is now an attorney with Fredrikson & Byron, P.A., and continues to represent Dairyland Power Cooperative in this litigation. Undersigned counsel's updated contact information is as follows.

    Address:    Fredrikson & Byron, P.A.
                     44 E. Mifflin Street, Suite 1000
                     Madison, WI 53707

    Email:       jchasco@fredlaw.com

    Phone:      (608) 441-3813

    Fax:         (608) 453-4267

Dated January 11, 2023.

FREDRIKSON & BYRON, P.A.

By: */s/ Justin W. Chasco*
Justin W. Chasco
State Bar No. 1062709
jchasco@fredlaw.com
44 East Mifflin Street, Suite 1000
Madison, WI 53703-2800
(608) 453-4260

Attorneys for Dairyland Power Cooperative