IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DRIFTLESS AREA LAND
CONSERVANCY and WISCONSIN
WILDLIFE FEDERATION,

        Plaintiffs,        Case No. 19-cv-1007-wmc

   v.

PUBLIC SERVICE COMMISSION OF
WISCONSIN and REBECCA VALCQ,
TYLER HUEBNER, and ELLEN NOWAK,
in their official capacities as members of the
Public Service Commission of Wisconsin,

        Defendants,

   and

AMERICAN TRANSMISSION
COMPANY, LLC, *et al.*,

        Intervenor Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Public Service Commission of Wisconsin, Rebecca Valcq, Tyler Huebner, and Ellen Nowak against plaintiffs Driftless Area Land Conservancy and Wisconsin Wildlife Federation dismissing this case.

| /s/ A. Dean, Deputy Clerk | 8/11/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |