# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PUBLIC SERVICE COMMISSION OF WISCONSIN and REBECCA VALCQ, TYLER HUEBNER, and ELLEN NOWAK, in their official capacities as members of the Public Service Commission of Wisconsin,<br><br>　　　　　Defendants,<br><br><br>AMERICAN TRANSMISSION COMPANY LLC, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 19-CV-1007-wmc |

## UPDATED NOTICE OF APPEARANCE ON BEHALF OF AMERICAN TRANSMISSION COMPANY

　　　Please take notice that David R. Zoppo of Perkins Coie LLP, who previously entered an appearance in this matter on behalf of American Transmission Company, by and through its corporate manager ATC Management Inc. ("ATC"), is leaving Perkins Coie LLP effective February 9, 2024, to join the law firm of Husch Blackwell LLP, effective February 12, 2024. Mr. Zoppo will continue to represent ATC in this matter and requests that copies of all documents filed in this matter be served upon him at the address provided below:

　　　David R. Zoppo
　　　Husch Blackwell LLP
　　　33 East Main Street, Suite 300
　　　Madison, WI 53703
　　　(608) 255-4440
　　　david.zoppo@huschblackwell.com

-1-

Dated this 9th day of February, 2024

**PERKINS COIE LLP**

*s/ David R. Zoppo*
Brian H. Potts, (WI Bar No. 1060680)
BPotts@perkinscoie.com
David R. Zoppo, (WI Bar No. 1094283)
DZoppo@perkinscoie.com
33 East Main Street, Suite 201
Madison, Wisconsin 53703
Phone:      (608) 663-7460
Facsimile:  (608) 663-7499

*Attorneys for Intervenor-Defendants
AMERICAN TRANSMISSION COMPANY
LLC, ATC MANAGEMENT, INC., and
DAIRYLAND POWER COOPERATIVE*