UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DRIFTLESS AREA LAND CONSERVANCY and WISCONSIN WILDLIFE FEDERATION,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLIC SERVICE COMMISSION OF WISCONSIN and REBECCA VALCQ, TYLER HUEBNER, and ELLEN NOWAK, in their official capacities as members of the Public Service Commission of Wisconsin,,<br><br>Defendants,<br><br>AMERICAN TRANSMISSION COMPANY LLC, et al.,<br><br>Intervenor-Defendants. | Case No. 19-CV-1007-wmc |

**UPDATED NOTICE OF APPEARANCE ON BEHALF OF AMERICAN TRANSMISSION COMPANY**

PLEASE TAKE NOTICE that Brian H. Potts of Perkins Coie LLP, who previously entered an appearance in this matter on behalf of American Transmission Company, by and through its corporate manager ATC Management Inc. ("ATC"), is leaving Perkins Coie LLP effective February 14, 2024, to join the law firm of Husch Blackwell LLP, effective February 15, 2024. Mr. Potts will continue to represent ATC in this matter and requests that copies of all documents filed in this matter be served upon him at the address provided below:

Brian H. Potts
Husch Blackwell LLP
33 East Main Street, Suite 300
Madison, WI 53703
(608) 255-4440
Brian.Potts@huschblackwell.com

-1-

-2-

DATED: February 14, 2024

**PERKINS COIE LLP**

*s/ Brian H. Potts*
Brian H. Potts, Bar No. 1060680
BPotts@perkinscoie.com
33 E Main St, Ste 201
Madison, Wisconsin 53703-3095
Telephone:  +1.608.663.7460
Facsimile:   +1.608.663.7499


**HUSCH BLACKWELL LLP**

David R. Zoppo
Wisconsin Bar No. 1094283
33 E Main St., Ste 300
Madison, WI 53703
608.255.4440
David.zoppo@huschblackwell.com